IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD R. CADMUS, JR.,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 18-4775 |
| | : | |
| **THE BROWN FIRM, PLLC,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 4th day of February, 2019, upon consideration of Plaintiff's First Motion for Extension of Time to File (Doc. No. 8), it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**. Plaintiff shall effect service upon Defendants on or before March 7, 2019. Failure to do so will result in dismissal of this case for lack of prosecution.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**